# UNITED STATES DISTRICT COURT
для the
## Eastern District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| v. | ) |
| | )  Case No.    6:22-po-00542-HBK |
| JEREMIAH GENE BRANSCUM, | ) |

## ORDER SETTING CONDITIONS OF RELEASE
### (Misdemeanor)

IT IS ORDERED that the defendant's release is subject to these conditions:

(1) The defendant must not violate federal, state, or local law while on release and notify the court within 48 hours if defendant is arrested and/or convicted of any violation of federal, state or local law;

(2) The defendant must appear in court as required and, if convicted, must surrender as directed to serve a sentence that the court may impose;

(3) The defendant shall abstain from the use and possession of alcohol and/or controlled substances unless in possession of a valid prescription given by a licensed medical doctor, medical marijuana is never authorized in federal court even if accompanied by a prescription;

(4) The defendant shall notify the Court and defendant's counsel of any change of address; and

(5) The defendant must appear at:    U.S. DISTRICT COURT, Yosemite, CA
                                                         *Place*

Before U.S. Magistrate Judge Helena Barch-Kuchta
on                                             August 13, 2024 at 10:00 AM
                                                      *Date and Time*

I, the defendant, have received this order of release and have either read all the conditions of release set by the court or had them explained to me. I agree to stay in close contact with my counsel and to apprise my counsel of any change in my conditions and/or contact information. Finally, I agree and understand to all these conditions and understand that a violation of any of these conditions can result in a warrant for my arrest and subsequent detention.

Date: _____

                                                      *Defendant's signature*

Date: 7/24/2024

                                                      *Judicial Officer's Signature*

                                        Erica P. Grosjean, United States Magistrate Judge
                                                      *Printed name and title*